IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                            Case No. 4:04-CR-40024

LORENO GARCIA-DIAZ                                                    DEFENDANT

### ORDER FOR REMISSION OF SPECIAL ASSESSMENT

IT IS HEREBY ORDERED, on this 15th day of February, 2006, that pursuant to 18 U.S.C. § 3573, the Petition of the United States of America for remission of the unpaid portion of the special assessment and fine in this matter is hereby granted.

                                                /s/ Harry F. Barnes
                                            Hon. Harry F. Barnes
                                            U.S. District Court